NO. SCWC-29131

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

———————————

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

PATRICK K. K. HO, Petitioner/Defendant-Appellant.

———————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29131; FC-CR NO. 07-1-0021)

ORDER OF CORRECTION
(By:  Recktenwald, C.J., Nakayama, Acoba,
Duffy and McKenna, JJ.)

IT IS HEREBY ORDERED that the opinion and dissenting opinion filed on May 9, 2012, and the order of correction and amended opinion filed on May 14, 2012 are corrected as follows:

On the first page of each of the above documents, the case caption is corrected by deleting "CR. NO. 05-1-0282(3)" and replacing it with "FC-CR NO. 07-1-0021."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi,  May 18, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

